**John D. BLACK, Plaintiff–Appellant,**

v.

**The CITY OF NEWARK, A Municipal Corporation of the State of New Jersey, Defendant–Appellee.**

No. 06–2196.

United States Court of Appeals, Fourth Circuit.

Submitted: March 22, 2007.

Decided: March 27, 2007.

John D. Black, Appellant Pro Se. Patricia M. Lewis, City of Newark Department of Law, Newark, New Jersey, for Appellee.

Before WIDENER and WILKINSON, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John D. Black seeks to appeal the magistrate judge's order finding the deed he attempted to file to be a deficient filing. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Black seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*